IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

FILED AT WICHITA, KS
APR 21 2009
CLERK
U.S. Court of Bankruptcy
By_____Deputy

In re:

BBQ EXPRESS, LLC

Bankruptcy No. 02-14014-7
Chapter 7

Debtor(s)

## REPORT OF OUTSTANDING CHECKS

COMES NOW, D. Michael Case, Trustee of the above referenced bankruptcy estate, and reports that the following listed check(s) have been issued and mailed but were either undeliverable and returned or that more than ninety (90) days have elapsed and said checks were not presented to the depository:

| Check No. | Payee | Amount |
|---|---|---|
| 122 | Rob McKnight<br>Box 965<br>Valley Forge, PA 19482 | $9,798.93 |
| 127 | Kansasland Tire Co<br>1702 East Fulton<br>Garden City, KS 67846 | $ 95.25 |

Accompanying this Report is Check No. 131 in the amount of $9,894.19 made payable to the Clerk of the U.S. Bankruptcy Court for deposit into the U.S. Treasury Account as unclaimed funds.

CASE, MOSES, ZIMMERMAN & WILSON, P.A.

_____
D. Michael Case, #7491
900 Garvey Center
200 West Douglas Avenue
Wichita, KS 67202-3009
(316) 303-0100

```
UNITED STATES
BANKRUPTCY CT-KANSAS

        Wichita Division

# 98125365 - HO
  April 21, 2009   0

Code    Case #    Qty      Amount

UNCLAIM  02-14014           9,894.19 CH
  Debtor - BNQ Express LLC

TOTAL$    9,894.19


FROM: D MICHAEL CASE
      900 GARVEY CENTER
      200 WEST DOUGLAS AVENUE
      WICHITA KS 67202
```